**Horace William DIX,
Petitioner-Appellee,
Cross-Appellant,**

v.

**Ralph KEMP, Warden, Georgia State
Prison, Respondent-Appellant,
Cross-Appellee.**

No. 84–8342.

United States Court of Appeals,
Eleventh Circuit.

Jan. 26, 1987.

Susan V. Boleyn, Atlanta, Ga., for respondent-appellant, cross-appellee.

Joseph M. Nursey, Millard C. Farmer, Atlanta, Ga., for petitioner-appellee, cross-appellant.

Before RONEY, Chief Judge, GODBOLD, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK and EDMONDSON, Circuit Judges.

ON PETITION FOR REHEARING AND
SUGGESTION FOR REHEARING
EN BANC

(Opinion October 28, 1986, 11th Cir., 1986, 804 F.2d 618).

BY THE COURT:

A member of this Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by this Court en banc *with* oral argument on a date hereafter to be fixed. The previous panel's opinion is hereby vacated.

The Clerk will specify a briefing schedule for the filing of en banc briefs.